Raffa *v.* Raffa, Appellant.

Argued March 22, 1967. *Benjamin A. Katz,* for appellant; *Nicholas G. Petrella,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WRIGHT, J., dissented.